JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, et al.,<br><br>                    Plaintiff,<br><br>        v.<br><br>JAMES LEE BALD, et al.,<br><br>                    Defendants. | Case No.  CV 13-3674-GW(VBKx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the Notice of Dismissal [19], it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 30, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT